IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOBO ALVARADO AVILA,<br><br>Defendant. | 8:22CR156<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Jacobo Alvarado Avila (Filing No. 25). Thomas O. Campbell has filed an entry of appearance as retained counsel for Jacobo Alvarado Avila. Therefore, Julie B. Hansen's motion to withdraw (Filing No. 25) will be granted.

Julie B. Hansen shall forthwith provide Thomas O. Campbell any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Jacobo Alvarado Avila's defense.

The clerk shall provide a copy of this order to Thomas O. Campbell.

Dated this 29th day of July, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge